FILED
2019 Aug-29  PM 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JUAN RAMON PEREZ-GOMEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:19-cv-00040-KOB-JHE |
| ) | |
| MR. BENNER, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On August 6, 2019, the magistrate judge entered a Report and Recommendation, (doc. 14), recommending that the court grant the Respondents' motion to dismiss (doc. 13) and dismiss the petition for writ of habeas corpus as moot. No party has filed any objections.

The court has considered the entire file in this action, together with the report and recommendation, and ADOPTS the magistrate judge's report and ACCEPTS his recommendation to dismiss this action as moot.

The court will enter a separate Final Order.

DONE and ORDERED this 29th day of August, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE